## 59880. TURNER v. TURNER.

CARLEY, Judge.

Appellant appeals from the dismissal of her garnishment in attachment proceedings. A review of the record demonstrates that appellant failed to follow the statutory procedures in almost every particular and, therefore, it was not error to dismiss the proceedings. *Coursin v. Harper,* 144 Ga. App. 4 (240 SE2d 565) (1977).

*Judgment affirmed. Quillian, P. J., and Shulman, J., concur.*

SUBMITTED MAY 12, 1980 — DECIDED JUNE 26, 1980.

*Charles C. Carter,* for appellant.
*James E. Butler, Jr.,* for appellee.